Claire Woods, State Bar No. 282348
Michael E. Wall, State Bar No. 170238
Katherine Poole, State Bar No. 195010
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 795-4799
Email: cwoods@nrdc.org, mwall@nrdc.org
　　　　kpoole@nrdc.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAY.ORG d/b/a THE BAY INSTITUTE; NATURAL RESOURCES DEFENSE COUNCIL, INC.; DEFENDERS OF WILDLIFE, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior; GREG SHEEHAN, in his official capacity as Acting Director, U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE, <br><br>　　　　Defendants. | **PROOF OF SERVICE OF PROCESS** <br><br> Civ. No. 3:17-cv-03739-SK |

I, Milcah Zewdie, declare as follows:

　　　1.　　I am employed as a litigation assistant at the Natural Resources Defense Council in San Francisco, California.

　　　2.　　On July 5, 2017, I served on Defendants and counsel for the Defendants true and correct copies of the following documents in the above-captioned case: (1) the

Complaint; (2) the Court's Order Setting Initial Case Management Conference and ADR Deadlines; (3) Standing Order for Magistrate Judge Sallie Kim; (4) Standing Order for all Judges of the Northern District of California; (5) ECF Registration Information Handout; (6) Notice of Assignment of Case to a Magistrate Judge; (7) Filing Procedures (San Francisco); and (8) the summons, as described below.

  3. I served defendant Ryan Zinke by sending one copy of the documents identified in ¶ 2 by certified mail to: Ryan Zinke, Secretary of the Interior, U.S. Department of Interior, 1849 C Street, NW, Washington D.C., 20240. The U.S. mail website indicates that the package was delivered to Ryan Zinke on July 7, 2017. True and correct copies of the summons for Ryan Zinke and the return receipt are attached as Exhibit A.

  4. I served defendant Greg Sheehan and U.S. Fish and Wildlife Service by sending one copy of the documents identified in ¶ 2 by certified mail to: Greg Sheehan, Acting Director, U.S. Fish and Wildlife Service, 1849 C Street, NW, Washington, D.C. 20240. The U.S. mail website indicates that the package was delivered to Greg Sheehan and the U.S. Fish and Wildlife Service on July 10, 2017. True and correct copies of the summons for Greg Sheehan and the U.S. Fish and Wildlife Service Ross and the return receipt are attached as Exhibit B.

  5. I served the Attorney General of the United States by sending one copy of the documents identified in ¶ 2 by certified mail to: Jeff Sessions, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530. The U.S. mail website indicates that the package was delivered to the Attorney General on July 10, 2017.  True and correct copies of the summonses for the defendants and the return receipt are attached as Exhibit C.

7. I served the U.S. Attorney's Office for the Norther District of California by sending one copy of the documents identified in ¶ 2 by certified mail to: Civil Process Clerk, United States Attorney for N.D. Cal., Federal Courthouse, 11th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The U.S. mail website indicates that the package was delivered to the U.S. Attorney's Office on July 7, 2017. True and correct copies of the summonses for the defendants and the return receipt are attached as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 21, 2017

*Milcah A. Zewdie*
Milcah Zewdie
Natural Resources Defense Council
111 Sutter Street, Floor 21
San Francisco, CA 94104
(415) 875-6148
mzewdie@nrdc.org