**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BAY.ORG, ET AL.,**<br><br>Plaintiffs**,**<br><br>vs.<br><br>**RYAN ZINKE, ET AL.,**<br><br>Defendants**.** | CASE NOS. 17-cv-03739-YGR; 17-CV-3742-YGR<br><br><br><br>**ORDER REQUIRING BRIEFING REGARDING POTENTIAL TRANSFER TO EASTERN DISTRICT OF CALIFORNIA** |
| **GOLDEN GATE SALMON ASSOCIATION, ET AL.,**<br><br>Plaintiffs**,**<br><br>vs.<br><br>**RYAN ZINKE, ET AL.,**<br><br>Defendants**.** | |

Plaintiffs have brought the above-captioned matters under the Administrative Procedure Act, challenging the Department of Interior's and the U.S. Fish and Wildlife Service's Endangered Species Act review of the impacts of the California WaterFix project on certain species of wildlife. The Court understands that these cases may involve significant factual and legal overlap with a case pending in the Eastern District of California, *Natural Resource Defense Council et al. v. Ryan Zinke et al.*, No. 05-CV-1207 (E.D. Cal.) ("*Zinke*"). Accordingly, transferring and relating the above-captioned matters to *Zinke* may be appropriate.

Accordingly, the Court **SETS** the following briefing schedule so that the parties may advise the Court of the propriety of transferring and relating the above actions to the Eastern District of California: The parties shall file simultaneous opening briefs not to exceed ten (10) pages by **August 11, 2017**. Responses shall not exceed five (5) pages in length and must be filed by **August 18, 2017**. The Court may set a hearing date, if necessary. **IT IS SO ORDERED.**

Dated: July 31, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**